UNITED STATES DISTRICT COURT
FOR THE Eastern District of Pennsylvania

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>    LIABILITY LITIGATION<br>    ALL ACTIONS<br>    (See attached schedule for case list) | MDL 875<br>FILED<br>ASHEVILLE, N.C.<br>SEP 19 2007<br>U.S. DISTRICT COURT<br>W. DIST. OF N.C. |

## TRANSFER ORDER NO. 69

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL-875 cases from the District Court for the Western District of North Carolina, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

BY THE COURT

s/JAMES T. GILES
JAMES T. GILES, J.

Date: 9-17-07

DOCUMENT
SCANNED

| Date | PA ED # | Transfer # | Name of Plaintiff | Transfer Dist./Div. |
|---|---|---|---|---|
| 9/17/2007 | 70484 | 07-00240 | Smith, Diane K. | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70485 | 07-00241 | Grindstaff, James Edward | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70486 | 07-00242 | Grier, Hubert Boyce | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70487 | 07-00243 | Cosner, Rodney Kenneth, Jr. | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70488 | 07-00244 | Lineberger, Terry Lamar | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70489 | 07-00245 | Fraley, Richard Lee | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70490 | 07-00252 | McCurley, Joel Dean | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70491 | 07-00253 | Matthews, Jimmie Eugene | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70492 | 07-00254 | Price, Ernest Laverne | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70493 | 07-00225 | Powers, Jerry Clifford, Sr. | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70494 | 07-00260 | Riverts, Tony Jerome | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70495 | 07-00261 | Stroupe, Timothy Lee | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70496 | 07-00262 | Brooks, Kenneth Dale | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70497 | 07-00263 | Sigmon, Richard Franklin, Jr. | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70498 | 07-00264 | Rhodes, Linda N. | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70499 | 07-00265 | Smith, Robert Wayne | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70500 | 07-00266 | Saine, Wade Russell | NORTH CAROLINA WESTERN DISTRICT |
| 9/17/2007 | 70501 | 07-00272 | Lindley, Frances | NORTH CAROLINA WESTERN DISTRICT |